# EXHIBIT A

ID 880



## 2015 VENDOR DEAL SUMMARY
### PAY BY SCAN

EFFECTIVE PERIOD  2 1 2015  THROUGH  1 30 2016

**VENDOR NUMBER:** 847721
**VENDOR NAME:** Thorlo, Inc
**DEPTS:** 962
**SUB DEPT:**

### ENTITLEMENTS

**CO-OP %:** 2.00%

**MDF PROGRAM:** _____ MDF % _____ MDF $ _____

**ECOMMERCE CO-OP/OTHER PROGRAM:** ECOMMERCE CO-OP  **OTHER %:** 5.00%

**CO-OP/MDF EXCLUSIONS:**

**REBATE %:**

**REBATE TIERS:**

**REBATE EXCLUSIONS:**

**LOGISTICS:**

**OTHER ENTITLEMENTS:** _____ AMOUNT $ _____
_____ AMOUNT $ _____

### DEFECTIVE PROGRAM
**DFC:** x     **RTV:**

### FREIGHT TERMS
**PREPAID FREIGHT:** x     **COLLECT FREIGHT:**

### PAYMENT/DISCOUNT TERMS
**INITIAL ORDER DAYS:** Pay by Scan Bi-Weekly     **%:**
**RE-ORDER DAYS:**     **%:**
**NEW STORE %:**     **FIXED $:** _____ Per Store

### PAYMENT METHOD
**% Of Retail:** x   **Cost:** __   **Other:** __   **Vendor Portion %:** 50.00%     **TSA Portion %:** 50.00%
**PYMT DETAILS:**
**SHRINK:** Vendor is responsible for all missing or lost goods (shrink). Split 50% with TSA.
**EXCEPTIONS:** Shrink payment to be made to vendor after each cycle. TSA will charge vendor for overpayment in event of Net Gain.

**VENDOR INITIALS:** EC     **TSA INITIALS:** MB     Page 1

ID: 880



## 2015 VENDOR DEAL SHEET SUMMARY

### PAY BY SCAN

- If Vendor is converting to the Pay-by-Scan program, Vendor shall reimburse TSA for all costs of goods on hand at the time of conversion
- Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference.
- TSA and Vendor agree that the arrangement contemplated by this agreement shall be a consignment as defined in Section 9-102 of the Colorado and Delaware Uniform Commercial Codes. Vendor shall retain title to all goods subject to this agreement until the date of sale at which time title shall pass from Vendor to the purchaser of such goods. Vendor shall be entitled to file UCC-1 Financing Statements to reflect this consignment.
- The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

**Vendor**
By: _[signature]_
Print Name: ERIC J. CODY
Title: SVP STRATEGIC RELATIONS
Date: 4-3-15

PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT.

**TSA STORES, INC.**
By: _[signature]_ (Buyer)
Print Name: Laura Gillilan
Title: Buyer Sccks
Date: 4/7/15

By: _[signature]_ (DMM)
Print Name: Michelle VanEss
Title: Divisional Merchandise Manager
Date: 4/7/15

# EXHIBIT B

```
DELAWARE DEPARTMENT OF STATE
       U.C.C. FILING SECTION
     FILED 12:41 PM 07/22/2009
   INITIAL FILING # 2009 2347083

        SRV: 090718161
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> THOR-LO, INC.
> 2210 Newton Drive
> Statesville, NC 28677
> Attn: J. Lynn Thorneburg

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **TSA Stores, Inc.**

1c. MAILING ADDRESS: 1050 West Hampden Avenue
CITY: Englewood
STATE: CO
POSTAL CODE: 80110
COUNTRY: USA

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: corporation | 1f. JURISDICTION OF ORGANIZATION: Delaware | 1g. ORGANIZATIONAL ID #, if any: 2124514 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - [none]

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Thor-Lo, Inc.**

3c. MAILING ADDRESS: 2210 Newton Drive
CITY: Statesville
STATE: NC
POSTAL CODE: 28677
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

This is a consignment financing statement, provided pursuant to Section 6-9-103 of the Delaware Uniform Commercial Code. This financing statement applies to all now existing and all hereinafter acquired sock product inventory of Thor-Lo, Inc. held by TSA Stores, Inc. at its various store locations throughout the United States and all proceeds derived therefrom including, without limitation, all accounts receivable now or hereinafter existing with respect thereto.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☑ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

8. OPTIONAL FILER REFERENCE DATA

To be filed with the Delaware Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Sara K. Brown    7043443067

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

KATTEN MUCHIN ROSENMAN LLP
550 S. TRYON STREET
SUITE 2900
CHARLOTTE NC 28202

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 01:44 PM 01/30/2014*
*INITIAL FILING # 2009 2347158*
*AMENDMENT    # 2014 0392456*
*SRV: 140111934*

**1a. INITIAL FINANCING STATEMENT FILE #**
2009 2347158

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** [X] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address   [ ] DELETE name   [ ] ADD name

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
Thor-Lo, Inc.

**10. OPTIONAL FILER REFERENCE DATA**
007638-91001

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:43 PM 07/22/2009
INITIAL FILING # 2009 2347158

SRV: 090718171

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THOR·LO, INC.
2210 Newton Drive
Statesville, NC 28677
Attn: J. Lynn Thorneburg

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | TSA Stores, Inc. | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1050 West Hampden Avenue | Englewood | CO | 80110 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: corporation | 1f. JURISDICTION OF ORGANIZATION: Delaware | 1g. ORGANIZATIONAL ID #, if any: 2124514 — NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | Thor·Lo, Inc. | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2210 Newton Drive | Statesville | NC | 28677 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All now existing and all hereinafter acquired sock product inventory of Thor·Lo, Inc. held by TSA Stores, Inc. at its various store locations throughout the United States and all proceeds derived therefrom including, without limitation, all accounts receivable now or hereinafter existing with respect thereto.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR / CONSIGNEE/CONSIGNOR / BAILEE/BAILOR / SELLER/BUYER / AG. LIEN / NON-UCC FILING

8. OPTIONAL FILER REFERENCE DATA
To be filed with the Delaware Secretary of State

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Sara K. Brown    7043443067

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

KATTEN MUCHIN ROSENMAN LLP
550 S. TRYON STREET
SUITE 2900
CHARLOTTE NC 28202

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:48 PM 01/30/2014
INITIAL FILING # 2009 2347083
AMENDMENT       # 2014 0392530
SRV: 140111967

**1a. INITIAL FINANCING STATEMENT FILE #**
2009 2347083

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address   ☐ DELETE name   ☐ ADD name

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
Thor-Lo, Inc.

**10. OPTIONAL FILER REFERENCE DATA**
007638-91001